1  QUIN DENVIR, Bar #49374
   Federal Defender
2  LINDA HARTER, Bar #179741
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   SANDEEP WADHWA
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,     )
                                 )
13              Plaintiff,       )         NO. Cr-S-02-478 WBS
                                 )
14         v.                    )
                                 )
15 SANDEEP WADHWA,               )   APPLICATION AND ORDER APPOINTING
                                 )                COUNSEL
16              Defendant.       )
                                 )
17 _____ )

18 The defendant, Sandeep Wadhwa, through the Federal Defender for the

19 Eastern District of California, hereby requests appointment of counsel

20 as follows:

21         [ X ]   Office of the Federal Defender

22         [   ]   CJA Panel Member _____ because the

23 Federal Defender has a conflict in this matter.

24         Sandeep Wadhwa contacted our office on December 12, 2005, and

25 advised us that his criminal case is complete but his passport has

26 never been returned to him.  As a condition of his release he was to

27 surrender his passport to the Clerk of the Court for the Eastern

28 District of California.  Defendant subsequently requested the

appointment of counsel for the purpose of obtaining the return of his passport.

The Federal Defenders Office is respectfully requesting appointment to represent defendant, Sandeep Wadhwa for the purpose of obtaining the return of his passport only.

    A Financial Affidavit is included with this application as evidence of the defendant's inability to obtain counsel.

    DATED: December 21, 2005

                                Respectfully submitted,

                                /s/ Linda C. Harter
                                LINDA C. HARTER
                                Assistant Federal Defender

    Having satisfied the court that he is unable to employ counsel, the court hereby appoints the Federal Defender pursuant to 18 U.S.C. § 3006A.

DATED: December 22, 2005

/s/ William B. Shubb

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE