QUIN DENVIR, Bar #49374
Federal Defender

LINDA C. HARTER, CA Bar #179741
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
SANDEEP WADHAWA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr. S 02-478 WBS |
| ) Plaintiff, ) | |
| ) | REQUEST TO RETURN PASSPORT |
| v. ) | |
| ) | |
| SANDEEP WADHAWA, ) | |
| ) Defendant. ) | Judge: Hon. William B. Shubb |
| _____ ) | |

    Mr. Wadhwa was indicted on October 24, 2002.  He was released on bond after having surrendered his passport on November 4, 2002.  His receipt number is 3599.  He subsequently pled guilty pursuant to a written plea agreement and was sentenced on January 28, 2004 to a 10 month term of imprisonment.  He surrendered to the Bureau of Prisons as ordered and his bond was exonerated on March 8, 2004.  Unfortunately, at the time the defendant requested that bond be exonerated he neglected to include a request that this Court order the return of his

1  passport.  The defendant is now requesting that this Court order his
2  passport returned.  The defendant further requests that the Clerk of
3  the Court be ordered to release the passport to an attorney or staff
4  member of the Office of the Federal Defender for the Eastern District
5  of California.

7  Dated:  December 21, 2005
                                        Respectfully submitted,

                                        QUIN DENVIR
                                        Federal Defender


                                        /s/ Linda C. Harter
                                        _____
                                        LINDA C. HARTER
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        SANDEEP WADHAWA


15 There being no objection on behalf of the United States,
16 IT IS SO ORDERED.
17 Dated: December 27, 2005

                                        _____
                                        WILLIAM B. SHUBB
                                        UNITED STATES DISTRICT JUDGE

Short Name of Pleading                  2